UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| WILBERT MOISES LOPEZ,           )<br>                                                            )<br>                    Petitioner         )<br>                                                            )<br>v.                                                      )<br>                                                            )<br>HARELL WATTS,                        )<br>BUREAU OF PRISONS.            )<br>                                                            )<br>                    Respondents.    )<br>_____) | Civil Case No. 05-1840 (RBW) |

### ORDER

On September 16, 2005, the petitioner filed a Writ of Habeas Corpus. Accordingly, it is hereby this 28th day of September, 2005

**ORDERED** that the government shall file a response to this Writ by October 14, 2005.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge