UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILBERT M. LOPEZ,** : | |
| Petitioner : | Civil Action No. 05-1840 (RBW) |
| : | |
| v. : | |
| : | |
| **HARRELL WATTS** : | |
| **BUREAU OF PRISONS,** : | |
| Respondents : | |

### ORDER

Upon consideration of the United States' Motion to Transfer Petitioner's Petition For Writ of Habeas Corpus, and it appearing to the Court that the petitioner's petition should be transferred to the United States District Court for the Eastern District of California, it is this _____ day of _____, 2005, hereby

**ORDERED** that the petitioner may reply to the government's motion to transfer no later than _____. If petitioner does not respond within that time, the Court will treat the matter as conceded, and transfer the petitioner's petition to the United States District Court for the Eastern District of California, the district in which the petitioner is incarcerated.

_____
Reggie B. Walton
United States District Judge

Copies to:

Wilbert M. Lopez
Fed. Reg. No. 04110-112
CI Taft
Correctional Institution
P.O. Box 7001
Taft, CA 93268

Sherri L. Berthrong
Assistant U.S. Attorney
Special Proceedings Section
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530