UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILBERT MOISES LOPEZ, | ) | |
| Petitioner | ) ) ) | |
| v. | ) ) | Civil Case No. 05-1840 (RBW) |
| HARELL WATTS, BUREAU OF PRISONS. | ) ) ) ) | |
| Respondents. | ) ) | |

### ORDER

Upon consideration of the United States' Motion to Transfer Petitioner's Petition for Writ of Habeas Corpus, and it appearing to the Court that the petitioner's petition should be transferred to the United States District Court for the Eastern District of California, it is this 19th day of October, 2005, hereby

**ORDERED** that the petitioner may reply to the government's motion to transfer no later than November 18, 2005. If the petitioner does not respond within that time, the Court will treat the matter as conceded, and transfer the petitioner's petition to the United States District Court for the Eastern District of California, the district in which the petitioner in incarcerated.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge