Wilbert M. Lopez
ID NO. 04110-112
P.O. Box 7001
Taft, CA 93268
A1C

Petitioner Pro Per

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILBERT M. LOPEZ,
    Petitioner,

v.

HARRELL WATTS,
BUREAU OF PRISONS,
    Respondent.
_____/

Civil Action No. 05-1840(RBM)

PETITIONER'S REPLY BRIEF

    The United States of America has responded and argues that the Court does not have personal jurisdiction over the Petitioner. Following the recent Supreme Court's decision in Rumsfeld v. Padilla, 124 S.Ct. 2711 (2004), only the "immediate custodian" is to be the named respondent, and only the immediate district court can have personal jurisdiction. The United States is correct, and Petitioner concedes that this case must be transferred to the United States District Court for the Eastern District of California.

///

I HEREBY CERTIFY, that a true copy of the above was served, by first class mail, postage prepaid, to:
Sherri L. Berthrong, AUSA
555 4th Street, N.W., Rm 10-450
Washington DC 20530

DATED October 25, 2005, by _____
    Wilbert M. Lopez
    Petitioner Pro Per