UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT MOISES LOPEZ,<br><br>　　　　Petitioner<br><br>　　v.<br><br>HARELL WATTS,<br>BUREAU OF PRISONS.<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)　Civil Case No. 05-1840 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the United States' Motion to Transfer Petitioner's Petition for Writ of Habeas Corpus, and the petitioner's concession that the government's motion should be granted, it is this 3rd day of November, 2005, hereby

**ORDERED** that the respondent's Motion to Transfer is **GRANTED.**  It is further

**ORDERED** that this action be transferred to the United States District Court for the Eastern District of California.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge